UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| CHRISTOPHER J. CAFFERKY, | : | |
| :--- | :--- | :--- |
| Plaintiff | : | |
| | : | |
| v. | : | File No. 1:09-CV-193 |
| | : | |
| ANDREW PALLITO, | : | |
| Defendant | : | |

# ORDER

The Magistrate Judge's Report and Recommendation was filed February 26, 2010. (Paper 14.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Plaintiff's motion for default judgment (Paper 10) is DENIED.

This matter is returned to Magistrate Judge John M. Conroy for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 2nd day of April, 2010.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge