UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **Christopher J. Cafferky,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | File No. 1:09-cv-00193-jgm |
| : | |
| **Andrew Pallito, Celeste Girrell,** : | |
| **Scott Shafer, Carol Callea,** : | |
| **Robert Bowen and Dennis Brancaccio,** : | |
| **Defendants.** : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed February 14, 2011. (Doc. 30.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 22) is GRANTED and this case is DISMISSED. Any claim against Defendant Brancaccio relating to Plaintiff's parole violation is DISMISSED without prejudice.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 29th day of March, 2011.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge